**Order issued August 30, 2022**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00162-CV

————————————

**ONEIDA JONES, Appellant**

**V.**

**ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,**
**Appellee**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-57201**

---

## MEMORANDUM ORDER

The clerk's record was filed May 13, 2021. Our review has determined that there may be a relevant item(s) omitted from the clerk's record. *See* TEX. R. APP. P. 34.5(c). The record does not contain any amended answer(s) filed by Appellee in response to Appellant's First Amended Petition.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before 14 days from the date of this order, containing any amended answers filed by Appellee, Allstate Vehicle and Property Insurance Company, to Appellant, Oneida Jones's First Amended Petition.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

**PER CURIAM**

Panel Consists of Justices Kelly, Goodman, and Guerra.

Justice Goodman dissenting without opinion.